UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ALVAREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SILVA, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-00003-SAB (PC)<br><br>ORDER VACATING JANUARY 9, 2019, ORDER DIRECTING PAYMENT OF FILING FEE BY THE KINGS COUNTY SHERIFF'S DEPARTMENT<br><br>[ECF No. 4] |

    Plaintiff Joey Alvarez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant action on January 2, 2019, while housed at the Kings County Jail.

    On January 9, 2019, the Court granted Plaintiff's motion to proceed in forma pauperis and directed that payment of the filing fee by the Kings County Sheriff's Department. (ECF No. 4.)

    On January 16, 2019, Plaintiff filed a notice of change of address to Wasco State Prison-Reception Center.

    On January 22, 2019, the Court received a notice from the Kings County Sheriff's Department indicating that Plaintiff was transferred to Wasco and it holds no funds on behalf of Plaintiff. (ECF No. 8.)

///

///

1

On January 23, 2019, pursuant to Plaintiff's in forma pauperis status, the Court directed that payment of Plaintiff's filing fee be deduced by the California Department of Corrections and Rehabilitation. Accordingly, the Court's January 9, 2019, order directing payment by the Kings County Sheriff's Department is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **January 23, 2019**

UNITED STATES MAGISTRATE JUDGE