UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ALVAREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SILVA, et al.,<br><br>        Defendants. | No. 1:19-cv-00003-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 17) |

Plaintiff Joey Alvarez is appearing *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 29 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 25, 2019, the assigned magistrate judge screened plaintiff's second amended complaint and issued findings and recommendations, recommending that plaintiff be allowed to proceed on an excessive use of force claim against defendants Silva and Rodriguez. (Doc. No. 17.) The magistrate judge also recommended that plaintiff's medical deliberate indifference claim be dismissed for failure to state a cognizable claim for relief. (*Id.* at 4.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 5.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 25, 2019 (Doc. No. 17) are adopted in full;
2. This action shall proceed on plaintiff's excessive use of force claim against defendants Silva and Rodriguez;
3. Plaintiff's claim of deliberate indifference to a serious medical need is dismissed for failure to state a cognizable claim for relief; and
4. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **July 3, 2019**
　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE