# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ALVAREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>SILVA, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-00003-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 38] |

Plaintiff Joey Alvarez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed December 17, 2019. Defendants submit that Plaintiff does not object to the modification.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to February 3, 2020. All other provisions of the Court's October 2, 2019, discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: __December 18, 2019__

                                               UNITED STATES MAGISTRATE JUDGE