# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SILVA, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00003-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT SILVA TO SUBMIT A COMPLETE COPY OF DEPOSITION TRANSCRIPT<br><br>[ECF Nos. 44, 45] |

Plaintiff Joey Alvarez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 3, 2020, Defendant Silva filed a motion for summary judgment and cited portions of Plaintiff's deposition. However, Defendant did not submit a copy of the complete deposition as required by Local Rule 133(j).

Accordingly, IT IS HEREBY ORDERED that Defendant shall submit a complete copy of Plaintiff's deposition by way of hard copy or email to saborders@caed.uscourts.gov within **ten days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **February 24, 2020**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1